1  **LEE TRAN & LIANG LLP**
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Tiffany S. Hansen (SBN 292850)
3  tiffany.hansen@ltlattorneys.com
   Tyler R. Austin (SBN 293977)
4  tyler.austin@ltlattorneys.com
   601 Gateway Blvd., Suite 1010
5  South San Francisco, CA 94080
   Tel: (650) 422-2130
6  Fax: (650) 241-2142
   Attorneys for Plaintiff and Counter-Defendant
7  Jinjiang Daxing (Diapenie) Textile Co., Ltd.

8  **MORGAN, LEWIS & BOCKIUS LLP**
   Charlene S. Shimada (SBN 91407)
9  charlene.shimada@morganlewis.com
   Lucy Wang (SBN 257771)
10 lucy.wang@morganlewis.com
   Herman J. Hoying (SBN 257495)
11 hhoying@morganlewis.com
   One Market, Spear Street Tower
12 San Francisco, California 94105-1126
   Telephone: 415.442.1000
13 Facsimile: 415.442.1001
   Attorneys for Defendant and Counterclaimant UV Skinz, Inc.
14

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  JINJIANG DAXING (DIAPENIE) TEXTILE CO., LTD., a Chinese limited company, | Case No. 1:14-cv-01926-WBS-SKO |
| 20  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 21  v. | |
| 22  UV SKINZ, INC., a California corporation; and DOES 1 through 100. | |
| 24  Defendants. | |

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

### STIPULATION FOR DISMISSAL

Having entered into a Confidential Settlement Agreement dated April 6, 2015 ("Settlement Agreement"), Plaintiff and Counter-defendant Jinjiang Daxing (Diapenie) Textile Co. Ltd. and Defendant and Counter-claimant UV Skinz, Inc. hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims and counterclaims asserted in this action are dismissed with prejudice with each party to bear its own costs and attorneys' fees.

The parties have further agreed, and so request, that the Court retain exclusive jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED.**

DATED: April 13, 2015

By: */s/ Enoch H. Liang*
Enoch H. Liang
LEE TRAN & LIANG LLP
Attorneys for Jinjiang Daxing (Diapenie) Textile Co., Ltd.

DATED: April 13, 2015

By: */s/ Lucy Wang* (as authorized on 4/12/2015)
Lucy Wang
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for UV Skinz, Inc.

# **ORDER**

Having considered the Stipulation for Dismissal with Prejudice filed by Plaintiff and Counter-Defendant Jinjiang Daxing (Diapenie) Textile Co. Ltd. and Defendant and Counterclaimant UV Skinz (collectively, "Parties"), and good cause existing therefor,

**IT IS HEREBY ORDERED** that this matter shall be dismissed with prejudice; each Party shall bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE